

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00331-CR

Reuben Alejandro **RAMOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Edwards County, Texas
Trial Court No. 1552CR
Honorable Thomas F. Lee, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  February 13, 2013

DISMISSED

Appellant has filed a motion to dismiss this appeal; the motion is signed by Appellant and

his counsel.  *See* TEX. R. APP. P. 42.2(a).  Appellant's motion is granted and this appeal is

dismissed.  *See id.*

PER CURIAM

DO NOT PUBLISH